UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY A MATTEI,

               Plaintiff,

     v.

FCA US, LLC,

               Defendant.

Case No.  24-cv-09273-SI

**SPECIAL VERDICT FORM**

United States District Court
Northern District of California

**Count # 1: Failure to Promptly Repurchase or Replace New Motor Vehicle After Reasonable Number of Repair Opportunities Under the Song-Beverly Consumer Warranty Act**

1. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that she purchased a 2021 JEEP GRAND CHEROKEE manufactured or distributed by FCA US, LLC?

[ ] Yes

[ ] No

If your answer to question 1 is Yes, then answer question 2. If you answered No, answer question 9.

2. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that FCA US, LLC gave her a written warranty?

[ ] Yes

[ ] No

If your answer to question 2 is Yes, then answer question 3. If you answered No, answer question 9.

3. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that the 2021 JEEP GRAND CHEROKEE had a defect covered by the warranty that substantially impaired the 2021 JEEP GRAND CHEROKEE's use, value, or safety to a reasonable person in KIMBERLY MATTEI's situation?

[ ] Yes

[ ] No

If your answer to question 3 is Yes, then answer question 4. If you answered No, answer question 9.

4. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that FCA US, LLC and/or its authorized repair facility failed to repair the 2021 JEEP GRAND CHEROKEE to match the written warranty after a reasonable number of opportunities to do so?

[ ] Yes

[ ] No

If your answer to question 4 is Yes, then answer question 5. If you answered No, answer question 9.

5. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that FCA US, LLC failed to promptly replace or repurchase the 2021 JEEP GRAND CHEROKEE?

[ ] Yes

[ ] No

If your answer to question 5 is Yes, then answer question 6. If you answered No, answer question 9.

6. What damages did KIMBERLY MATTEI prove, beyond a reasonable doubt? Add the following amounts:

a. The purchase price of the 2021 JEEP GRAND CHEROKEE itself: $_____

b. Charges for transportation and manufacturer-installed items: $_____

c. Finance charges actually paid by KIMBERLY MATTEI: $_____

d. Sales tax, license fees, registration fees, and other official fees: $_____

SUBTOTAL: $_____

Calculate the value of the use of the 2021 JEEP GRAND CHEROKEE before it was brought in for repair as follows:

a. What did FCA US, LLC prove, by a preponderance of the evidence, was the number of miles that the 2021 JEEP GRAND CHEROKEE was driven between the time when KIMBERLY MATTEI took possession of the 2021 JEEP GRAND CHEROKEE and the time when she first delivered the 2021 JEEP GRAND CHEROKEE to FCA US, LLC or its authorized repair facility to repair the defect that substantially impaired the vehicle's use, value, or safety ?

United States District Court
Northern District of California

3

Answer: _____ miles.

    b.  Multiply the SUBTOTAL above by the number of miles in step a:

        $_____

    c.  Divide the dollar amount in step b by 120,000, and insert the result below:

        VALUE OF USE: $_____

Subtract the VALUE OF USE from the SUBTOTAL above and insert result below:

    TOTAL DAMAGES: $_____

Answer question 7.

7. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that FCA US, LLC. willfully failed to repurchase or replace the 2021 JEEP GRAND CHEROKEE?

[ ] Yes

[ ] No

If your answer to question 7 is Yes, then answer question 8. If you answered No, answer question 9.

8. What amount, if any, do you impose as a penalty for FCA US, LLC.'s willful failure to offer to repurchase or replace the 2021 JEEP GRAND CHEROKEE? [You may not exceed two times the "TOTAL DAMAGES" that you entered in question 6.]

PENALTY: $_____

Answer Question 9.

United States District Court
Northern District of California

4

United States District Court
Northern District of California

**Count # 2: Failure to Complete Repairs Within 30 Days or Commence Repairs Within a Reasonable Time Under the Song-Beverly Consumer Warranty Act**

9. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that she purchased a 2021 JEEP GRAND CHEROKEE manufactured or distributed by FCA US, LLC?

[ ] Yes

[ ] No

If your answer to question 9 is Yes, then answer question 10. If you answered No, answer question 15.

10. Did KIMBERLY MATTEI prove, by a preponderance of the evidence , that FCA US, LLC. gave KIMBERLY MATTEI a written warranty?

[ ] Yes

[ ] No

If your answer to question 10 is Yes, then answer question 11. If you answered No, answer question 15.

11. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that the 2021 JEEP GRAND CHEROKEE had a defect covered by the warranty?

[ ] Yes

[ ] No

If your answer to question 11 is Yes, then answer question 12. If you answered No, answer question 15.

12. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that FCA US, LLC failed to commence repairs within a reasonable time or to complete any single repair to the 2021 JEEP GRAND CHEROKEE within 30 days?

[ ] Yes

[ ] No

5

If your answer to question 12 is Yes, then answer question 13. If you answered No, answer question 15.

13. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that she was harmed as a result of FCA US LLC's failure to commence repairs within a reasonable time or to complete repairs within 30 days?

[ ] Yes

[ ] No

If your answer to question 13 is Yes, then answer question 14. If you answered No, answer question 15.

14. In what amount did KIMBERLY MATTEI prove, beyond a reasonable doubt, that she was harmed as a result of FCA US LLC's failure to commence repairs within a reasonable time or to complete repairs within 30 days?

$_____

Answer question 15.

United States District Court
Northern District of California

6

**Count # 3: Breach of Implied Warranty Under the Song-Beverly Consumer Warranty Act**

15. Did KIMBERLY MATTEI prove, by a preponderance of the evidence , that she purchased a 2021 JEEP GRAND CHEROKEE manufactured or distributed by FCA US, LLC?

[ ] Yes

[ ] No

If your answer to question 15 is Yes, then answer question 16. If you answered No, stop here, answer no further questions and have the presiding juror sign and date this form.

16. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that at the time of purchase, FCA US, LLC was in the business of manufacturing or distributing 2021 JEEP GRAND CHEROKEE vehicles?

[ ] Yes

[ ] No

If your answer to question 16 is Yes, then answer question 17. If you answered No, stop here, answer no further questions and have the presiding juror sign and date this form.

17. Did KIMBERLY MATTEI prove, by a preponderance of the evidence, that the vehicle was not of the same quality as those generally acceptable in the trade?

[ ] Yes

[ ] No

If your answer to question 17 is Yes, then answer question 18. If you answered No, stop here, answer no further questions and have the presiding juror sign and date this form.

18. What amount did KIMBERLY MATTEI prove, by a preponderance of the evidence, that she is entitled to receive as restitution to her for the vehicle?

TOTAL: $_____

7

Dated: _____

_____
                    FOREPERSON