UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY A MATTEI,

        Plaintiff,

    v.

FCA US, LLC,

        Defendant.

Case No.  24-cv-09273-SI

**JUDGMENT**

A jury trial was held in February 2026, at which the jury reached verdicts in favor of defendant FCA US, LLC on the following claims: (1) failure to promptly repurchase or replace new motor vehicle after reasonable number of repair opportunities under the Song-Beverly Consumer Warranty Act; (2) failure to complete repairs within 30 days or commence repairs within a reasonable time under the Song-Beverly Consumer Warranty Act; and (3) breach of implied warranty under the Song-Beverly Consumer Warranty Act.

Accordingly, judgment is hereby entered against plaintiff and in favor of defendant on the three claims decided by the jury.  Judgment is also entered against plaintiff and in favor of defendant on the failure to make available service literature and replacement parts claim dismissed with prejudice prior to trial.

    **IT IS SO ORDERED AND ADJUDGED**.

Dated:  February 13, 2026

_____

SUSAN ILLSTON
United States District Judge